THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SHAPIRO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL REISS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD BOTT, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY HOLZWASSER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSE LOMBARDI, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE ZEMMEL, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO SCHREIBER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE SCHLIFKA, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN PIECYK, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS McKIERNAN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDW. HABIGHORST, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HALBERT, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT JOHNSON, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR SCHULTZ, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT MOLLIN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVESTER SHELTON, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUSTIN STENS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY BROWNER, Appellant.— Each defendant appeals from a judgment of a City Magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Queens, convicting him of a violation of section 643a–9.0 of the Administrative Code of the City of New York, in failing to repair a certain retaining wall in compliance with an official order predicated upon section C26–563.0 of said Code. Judgment in each case reversed on the law and information dismissed. Each of the defendants is not " such owner " as is contemplated by subdivision c of the afore-mentioned section C26–563.0 of said Code. (*Bauer* v. *Lovelace*, 272 App. Div. 820.) Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.